FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-CR-1028-MMM |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Ruben Raygoza Perez ) | Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the Central Dist. of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A.  ( X ) the appearance of defendant as required; and/or

    B.  ( X ) the safety of any person or the community.

///
///
///
///
///

|   |   |   |
|---|---|---|
| 1 | 2. | The Court concludes: |
| 2 |   | A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: DEFT'S RECENT TERM OF IMPRISONMENT IMPOSED WITHIN THE LAST WEEK. |
| 12 |   | B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: FACTOR IN 2(A) ABOVE. |

IT IS ORDERED that defendant be detained.

DATED: Sept. 26, 2008

~~HONORABLE JACQUELINE CHOOLJIAN~~
United States Magistrate Judge
Hon. JENNIFER T. LUM